**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NetStructures, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1665938** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9800 East Easter Avenue, Suite 140** **Englewood, CO 80112** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Arapahoe** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.netstructures.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **NetStructures, Inc.**
Name                                                    Case number (*if known*) _____

---

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5419_

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

Debtor **NetStructures, Inc.**
_____
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **NetStructures, Inc.** | Case number (*if known*) |
|--------|------------------------|-------------------------|
|        | Name                   |                         |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  9, 2017**
                     MM / DD / YYYY

**X** **/s/ Frederick J McCoy, Jr.**                **Frederick J McCoy, Jr.**
Signature of authorized representative of debtor         Printed name

Title    **President and CEO**

**18. Signature of attorney**

**X** **/s/ Kevin S. Neiman**                  Date **August  9, 2017**
Signature of attorney for debtor                     MM / DD / YYYY

**Kevin S. Neiman**
Printed name

**Law Offices of Kevin S. Neiman, pc**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone    **(303) 996-8637**      Email address    **kevin@ksnpc.com**

**36560**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **NetStructures, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  9, 2017**      X **/s/ Frederick J McCoy, Jr.**
_____
Signature of individual signing on behalf of debtor

**Frederick J McCoy, Jr.**
_____
Printed name

**President and CEO**
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **NetStructures, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*...................................................................................   $      0.00

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................   $      100,708.34

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...................................................................................   $      100,708.34

---

**Part 2:**   **Summary of Liabilities**

---

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $      596,489.42

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $      269,834.37

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$      1,027,521.10

4.   **Total liabilities** ..................................................................................................
Lines 2 + 3a + 3b      $      1,893,844.89

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NetStructures, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Great Western** | **Checking** | **7277** | **$0.00** |
| 3.2. | **Great Western** | **Payroll** | **8917** | **$0.00** |
| 3.3. | **Great Western** | **FSA Trust** | **1740** | **Unknown** |
| 3.4. | **Wells Fargo** | **Checking** | **9989** | **$142.34** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $142.34 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __**NetStructures, Inc.**__     Case number *(If known)* _____
     Name

---

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Debtor believes that it provided security deposit to landlord in the amount of approximately $33,600; but, upon information and belief, the landlord drew down retainer, perhaps within the last few months.**      **Unknown**

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**      **$0.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    **59,525.00**   -   **0.00**   = ....    **$59,525.00**
                   face amount          doubtful or uncollectible accounts

---

**12.** **Total of Part 3.**      **$59,525.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Misc. equipment and supplies** | | **Unknown** | | **Unknown** |

---

**23.** **Total of Part 5.**      **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

Debtor    **NetStructures, Inc.**                                    Case number *(If known)* _____
          Name

▪ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ▪ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ▪ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

▪ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
▪ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Misc. office furniture, including 26 cubicles, 14 chairs, and conference room table** | **$14,808.00** | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. office computer equipment, including 6 servers, 11 laptops, and 6 monitors** | **$94,979.67** | | **Unknown** |
| **Misc. equipment and tools, including Fluke DTX-1800 tester (9), various hand tools, various power tools, and Fujikura fiber optic splicer** | **Unknown** | | **Unknown** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    | **$0.00** |
      Add lines 39 through 42.  Copy the total to line 86.                    |---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ▪ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ▪ No
      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **NetStructures, Inc.**
Name

Case number *(If known)* _____

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2014 Mercedes Benz Sprinter 2500 Crew Van** | Unknown | | $31,516.00 |
| 47.2. **Forklift** | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $31,516.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. **Internet domain names and websites**<br>**www.netstructures.com** | Unknown | | Unknown |

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **NetStructures, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | <sub>Name</sub> | | |

| | | | | | |
|---|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | | |
| | Customer list | | **Unknown** | | **Unknown** |

| | | | | | |
|---|---|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | | | |
| 65. | **Goodwill** | | | | |
| | Goodwill | | **Unknown** | | **Unknown** |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| | **Federal and state tax refunds (est; given corporate structure, debtor's principal believes any refund would pass through to him)** | Tax year **2016** | **Unknown** |
| | **NOL** | Tax year **2014-2017** | **Unknown** |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **NetStructures, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| **Claim against Pinnacle Business Solutions, Inc. for services rendered** | | **$9,525.00** |
| **Nature of claim** | | |
| **Amount requested** | **$0.00** | |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---:|
| **$9,525.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **NetStructures, Inc.**                                              Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $142.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $59,525.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,516.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $9,525.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,708.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $100,708.34 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NetStructures, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Great Western Bank**<br>Creditor's Name<br><br>**220 Josephine Street**<br>**Denver, CO 80206**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien** | $561,381.00 | Unknown |

Describe the lien
**UCC-1; SOS Reception No. 2011F027856**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2012-present**

**Last 4 digits of account number**
**0139**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| **2.2**   **M&A LLC**<br>Creditor's Name<br><br>**6840 North Broadway**<br>**Unit F**<br>**Denver, CO 80221**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Money owed to NetStructures resulting from, related to, or arising from the completion of contracts/projects assigned from NetStructures** | Unknown | Unknown |

Describe the lien
**UCC-1; SOS Reception No. 20172039415**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/17**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **NetStructures, Inc.**                                       Case number (if know) _____
　　　　　Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **Mercedes-Benz Financial Services USA** | | $25,471.00 | $31,516.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2014 Mercedes Benz Sprinter 2500 Crew Van**

**P.O. Box 5260**
**Carol Stream, IL 60197**
Creditor's mailing address

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2/14**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Purchase Power Financial Services, LLC** | | $760.82 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Postage meter**

**P.O. Box 371887**
**Pittsburgh, PA 15250**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/16-1/17**
**Last 4 digits of account number**
**6216**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Wells Fargo Equipment Finance** | | $8,876.60 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Software**

**Services Group**
**P.O. Box 7777**
**San Francisco, CA 94120**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **NetStructures, Inc.**

Name

Case number (if know) _____

_____

Creditor's email address, if known

**Date debt was incurred**

**6/15**

**Last 4 digits of account number**

**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$596,489.42** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NetStructures, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Arapahoe County Treasurer**<br>**5334 S. Prince St.**<br>**Littleton, CO 80120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$3,137.00** | **$3,137.00** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/16-5/17** | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.2 | Priority creditor's name and mailing address<br>**H. Roger Zurn, Jr.**<br>**Treasurer of Loudoun County**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | **$592.74** | **$592.74** |
|---|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/17** | Basis for the claim:<br>**Property tax** | | | |
| | Last 4 digits of account number **6990**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    50670                    Best Case Bankruptcy

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203,308.40 | $203,308.40 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/16-5/17**

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number **5938**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,683.27 | $11,655.57 |
|---|---|---|---|---|

**Matthew Synovic**
**24265 E. Wagontrail Ave.**
**Aurora, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16 - 3/16**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,721.11 | $34,721.11 |
|---|---|---|---|---|

**State of Colorado**
**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/16-7/17**

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number **3009**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,391.85 | $6,391.85 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**111 East 17th**
**Austin, TX 78774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/16**

Basis for the claim:
**Sales tax**

Last 4 digits of account number **9384**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A.A.S. Technologies**<br>**290 Lodi Street**<br>**Hackensack, NJ 07601**<br><br>Date(s) debt was incurred  **9/16**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Cabling**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$2,888.75** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Accu-Tech Corporation**<br>**11350 Old Roswell Rd, Suite 100**<br>**Alpharetta, GA 30009**<br><br>Date(s) debt was incurred  **9/16-4/17**<br><br>Last 4 digits of account number  **5916** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Materials**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$72,741.84** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Addison Group**<br>**7076 Solutions Center**<br>**Chicago, IL 60677**<br><br>Date(s) debt was incurred  **8/16**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Accounting**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$5,740.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ADT Security Services, Inc.**<br>**P.O. Box 371878**<br>**Pittsburgh, PA 15250**<br><br>Date(s) debt was incurred  **1/17-5/17**<br><br>Last 4 digits of account number  **2815** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Security**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$103.98** |
| **3.5** | Nonpriority creditor's name and mailing address<br>**Alex Vargo**<br>**10138 Woodrose Court**<br>**Highlands Ranch, CO 80129**<br><br>Date(s) debt was incurred  **4/16 - 11/16**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Commissions**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$824.96** |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Anixter Inc.**<br>**P.O. Box 847428**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred  **9/14-3/15**<br><br>Last 4 digits of account number  **5362** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Materials**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$20,464.92** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Arrowhead Premium Finance Company LLC**<br>**784 Wall St., #110**<br>**P.O. Box 1506**<br>**O Fallon, IL 62269**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$5,218.28** |

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address
**Avigilon**
**Department 3229**
**P.O. Box 123229**
**Dallas, TX 75312**

Date(s) debt was incurred  **11/16**

Last 4 digits of account number  **1653**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,375.79**

---

**3.9**

Nonpriority creditor's name and mailing address
**Bernard Roy Bouchard III**
**198 Tartan Drive**
**Johnstown, CO 80534**

Date(s) debt was incurred  **3/16 - 12/16**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commissions**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,788.99**

---

**3.10**

Nonpriority creditor's name and mailing address
**Budget Rent A Car System, Inc**
**14297 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  **9/16-1/17**

Last 4 digits of account number  **0009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Car rentals**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,361.44**

---

**3.11**

Nonpriority creditor's name and mailing address
**Canon Solutions America, Inc**
**12379 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **9/16-4/17**

Last 4 digits of account number  **8464**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance regarding plotter**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,455.53**

---

**3.12**

Nonpriority creditor's name and mailing address
**CenturyLink Business Services**
**PO Box 52187**
**Phoenix, AZ 85072**

Date(s) debt was incurred  **12/16-6/17**

Last 4 digits of account number  **x450**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

**$699.00**

---

**3.13**

Nonpriority creditor's name and mailing address
**CES, Inc.**
**P.O. Box 5267**
**Greenwood Village, CO 80155**

Date(s) debt was incurred  **1/16-3/16**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,365.60**

---

**3.14**

Nonpriority creditor's name and mailing address
**Cintas First Aid & Safety**
**P.O. Box 631025**
**Cincinnati, OH 45263**

Date(s) debt was incurred  **12/16**

Last 4 digits of account number  **5437**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shredding**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,090.00**

---

Debtor **NetStructures, Inc.**                                        Case number (if known) _____
        Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.68 |

**Clerk of Arapahoe County Court**
**1790 West Littleton Blvd**
**Littleton, CO 80120**

Date(s) debt was incurred  **4/16**

Last 4 digits of account number  **argo**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee garnishment**

Is the claim subject to offset? ■ No ☐ Yes

$137.68

---

| 3.16 | Nonpriority creditor's name and mailing address |

**Communications Supply Corporation**
**3462 Solution Center Drive**
**Chicago, IL 60677**

Date(s) debt was incurred  **12/16-4/17**

Last 4 digits of account number  **6664**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

$3,483.04

---

| 3.17 | Nonpriority creditor's name and mailing address |

**CyrusOne LLC**
**2101 Cedar Springs Road, Suite 900**
**Dallas, TX 75201**

Date(s) debt was incurred  **12/16**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

$272,225.39

---

| 3.18 | Nonpriority creditor's name and mailing address |

**E-470 Public Highway Authority**
**P.O. Box 5470**
**Denver, CO 80217**

Date(s) debt was incurred  **1/17-Present**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.19 | Nonpriority creditor's name and mailing address |

**Eastgroup Properties LP**
**P.O. Box 676488**
**Dallas, TX 75267**

Date(s) debt was incurred  **5/17-7/17**

Last 4 digits of account number  **2895**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$34,711.00

---

| 3.20 | Nonpriority creditor's name and mailing address |

**Edward Clayton Burke**
**801 Englewood Parkway, Unit F305**
**Englewood, CO 80110**

Date(s) debt was incurred  **3/16 - 12/17**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commissions**

Is the claim subject to offset? ■ No ☐ Yes

$14,669.87

---

| 3.21 | Nonpriority creditor's name and mailing address |

**Elan Financial**
**Cardmember Service**
**P.O. Box 790408**
**Saint Louis, MO 63179**

Date(s) debt was incurred  **12/16-5/17**

Last 4 digits of account number  **3558**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

$74,000.00

---

Debtor   **NetStructures, Inc.**                                                Case number (if known) _____
_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,276.65 |

3.22 | **Nonpriority creditor's name and mailing address**
**Extended Stay - Las Vegas/Midtown**
**045 South Maryland Parkway**
**Las Vegas, NV 89109**

Date(s) debt was incurred  **9/16**

Last 4 digits of account number  **NET1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hotel**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,276.65**

---

3.23 | **Nonpriority creditor's name and mailing address**
**Extended Stay - Las Vegas/Valley View**
**4270 S. Valley Blvd.**
**Las Vegas, NV 89103**

Date(s) debt was incurred  **10/16**

Last 4 digits of account number  **NET1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hotel**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,992.32**

---

3.24 | **Nonpriority creditor's name and mailing address**
**Extended Stay - Seattle - Federal Way**
**1400 S. 320th St.**
**Federal Way, WA 98003**

Date(s) debt was incurred  **10/16**

Last 4 digits of account number  **NET1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hotel**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,974.38**

---

3.25 | **Nonpriority creditor's name and mailing address**
**Fastenal Company**
**P.O. Box 1286**
**Winona, MN 55987-7000**

Date(s) debt was incurred  **2/16-5/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?  ■ No  ☐ Yes

**$11,989.66**

---

3.26 | **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**P O Box 10306**
**Dept CH**
**Palatine, WA 98005-5000**

Date(s) debt was incurred  **11/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset?  ■ No  ☐ Yes

**$630.50**

---

3.27 | **Nonpriority creditor's name and mailing address**
**FiberOptic Supply**
**2171 S Trenton Way, Ste 223**
**Denver, CO 80231**

Date(s) debt was incurred  **8/16-10/16**

Last 4 digits of account number  **NET**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?  ■ No  ☐ Yes

**$592.35**

---

3.28 | **Nonpriority creditor's name and mailing address**
**Fire Safety Services, LLC**
**15508 E. 19th Ave., Unit A**
**Aurora, CO 80011**

Date(s) debt was incurred  **3/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire prevention**

Is the claim subject to offset?  ■ No  ☐ Yes

**$281.30**

---

Debtor    **NetStructures, Inc.**                                    Case number (if known)  _____

Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$647.00** |
|---|---|---|---|

**Fluke Electronics**
**7272 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16**

**Basis for the claim:**  **Repairs**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,454.52** |
|---|---|---|---|

**Frederick McCoy Jr.**
**11274 E Manitou Rd.**
**Franktown, CO 80116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16 - 6/17**

**Basis for the claim:**  **Expense reimbursement ($21,119.52)**
**Company loan to fund filing fees and costs ($5,335)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.90** |
|---|---|---|---|

**Go-Pass Northwest Parkway**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17**

**Basis for the claim:**  **Tolls**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,555.32** |
|---|---|---|---|

**HireRight, Inc.**
**P.O. Box 847891**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16-12/16**

**Basis for the claim:**  **Pre-employment screening**

Last 4 digits of account number  **2207**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,932.65** |
|---|---|---|---|

**Howell Electric, Inc.**
**3390 Visa Court**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16**

**Basis for the claim:**  **Electrical subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,975.00** |
|---|---|---|---|

**Lancaster Safety Consulting Inc.**
**100 Bradford Road, Suite 100**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16**

**Basis for the claim:**  **Safety services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,619.07** |
|---|---|---|---|

**Level 3 Communications, LLC**
**P.O. Box 910182**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/16**

**Basis for the claim:**  **Internet**

Last 4 digits of account number  **T9OA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Low Voltage Works Inc**
**PO Box 577**
**Sedalia, CO 80135**

Date(s) debt was incurred  **7/16-11/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cabling subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,543.69**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**M.C. Dean, Inc**
**P.O. Box 532232**
**Atlanta, GA 30353**

Date(s) debt was incurred  **1/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cabling subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,722.43**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Martin, Vejvoda & Associates, Inc.**
**3443 S. Galena Street, Suite 200**
**Denver, CO 80231**

Date(s) debt was incurred  **9/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,436.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Miller Electric Company**
**P.O. Box 1799**
**Jacksonville, FL 32201**

Date(s) debt was incurred  **1/16-3/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,883.63**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Nevada Taxation Dept.**
**1550 College Parkway, Suite 115**
**Carson City, NV 89706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**NRAI, Inc**
**P.O. Box 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **1/17**

Last 4 digits of account number  **5125**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Register agent**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,296.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**PDI**
**4200 Oakleys Court**
**Richmond, VA 23223**

Date(s) debt was incurred  **5/16**

Last 4 digits of account number  **5698**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,725.00**

---

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,630.24**

PenSys, Inc
2440 Professional Drive, Suite 100
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17__

Last 4 digits of account number __

Basis for the claim:  __401k Administration Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00**

Pinnacle Business Solutions, Inc.
192 Richmond Hill Ave., Suite #18
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/17-11/16__

Last 4 digits of account number __TSPR__

Basis for the claim:  __IT Subcontractor__

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,498.40**

Pollart & Miller LLC
Attn: Accounts Payable
5700 S. Quebec St., Suite 200
Greenwood Village, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/16-12/16__

Last 4 digits of account number __

Basis for the claim:  __Legal services__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,311.00**

Polsinelli Shughart, PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/16__

Last 4 digits of account number __8785__

Basis for the claim:  __Legal services__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,016.00**

Power Solutions, LLC
17201 Melford Blvd.
Bowie, MD 20715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/16__

Last 4 digits of account number __ET05__

Basis for the claim:  __Electric subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,822.03**

Principal Financial Group
P.O. Box 10372
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17__

Last 4 digits of account number __

Basis for the claim:  __Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,870.00**

RK Electric, Inc.
42021 Osgood Road
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/16__

Last 4 digits of account number __

Basis for the claim:  __Electrical subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **NetStructures, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,027.51** |
|------|------|------|------|
| | **RLE Technologies**<br>**104 Racquette Drive**<br>**Fort Collins, CO 80524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/16__ | **Basis for the claim:**  __Materials and equipment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,811.68** |
|------|------|------|------|
| | **Schneider Electric IT USA, Inc.**<br>**5081 Collections Center Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __7/16__ | **Basis for the claim:**  __Materials__ | |
| | Last 4 digits of account number __1568__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$307.00** |
|------|------|------|------|
| | **Select 125**<br>**8055 E. Tufts Ave., Ste 1000**<br>**Denver, CO 80237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/16-3/17__ | **Basis for the claim:**  __Benefits__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.10** |
|------|------|------|------|
| | **Shred-It USA**<br>**P.O. Box 101007**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/16__ | **Basis for the claim:**  __Shredding__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,667.76** |
|------|------|------|------|
| | **Sunbelt Rentals, Inc.**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __5/16-11/16__ | **Basis for the claim:**  __Equipment rental__ | |
| | Last 4 digits of account number __1013__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.16** |
|------|------|------|------|
| | **Sundance Printing Company, Inc**<br>**10240 Progress Lane**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __6/16-10/16__ | **Basis for the claim:**  __Printing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,235.96** |
|------|------|------|------|
| | **Sunstate Equipment Co., LLC**<br>**P.O. Box 52581**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/16-10/16__ | **Basis for the claim:**  __Equipment rental__ | |
| | Last 4 digits of account number __9772__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **NetStructures, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,835.00**

**Surescape Insurance Services, LLC**
7800 S Elati St, Ste 100
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/16__

Basis for the claim:  __Bonding agent__

Last 4 digits of account number __355__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,435.51**

**Trump Card**
30012 Ivy Glenn, Suite 220
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/16-12/16__

Basis for the claim:  __Freight__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,200.00**

**VarcoMac Electrical Construction Company**
9010 Junction Drive
Annapolis, MD 20701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/16-9/16__

Basis for the claim:  __Electrical subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,636.43**

**Verigent, LLC**
149 Plantation Ridge Drive
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/16__

Basis for the claim:  __Temporary labor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,623.75**

**Vonage Business**
23 Main Street
Holmdel, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/17-7/17__

Basis for the claim:  __Phone__

Last 4 digits of account number __4522__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281.14**

**Waste Management**
P.O. BOX 78251
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17__

Basis for the claim:  __Waste disposal__

Last 4 digits of account number __4009__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,028.00**

**West Coast Life Insurance**
P.O. Box 2224
Birmingham, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17__

Basis for the claim:  __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **NetStructures, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adams Evens et al.**<br>**3760 Sixes Rd #126**<br>**Canton, GA 30114** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Altus Global Trade Solutions**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Commercial Collection Corp of New York**<br>**P.O. Box 288**<br>**Tonawanda, NY 14151** | Line **3.54**<br><br>☐ Not listed. Explain ____ | **4003** |
| 4.4 | **Construction Collection Specialists**<br>**P.O. Box 44500**<br>**Phoenix, AZ 85064** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 269,834.37 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,027,521.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,297,355.47 |

**Fill in this information to identify the case:**

Debtor name     **NetStructures, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest          **Non-residential real property lease** | |
| State the term remaining          **9/18** | **Eastgroup Properties LP** |
| List the contract number of any government contract | **P.O. Box 676488**  **Dallas, TX 75267** |

**Fill in this information to identify the case:**

Debtor name **NetStructures, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Frederick McCoy Jr.** | **11274 E Manitou Rd. Franktown, CO 80116** | **Great Western Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Frederick McCoy Jr.** | **11274 E Manitou Rd. Franktown, CO 80116** | **Eastgroup Properties LP** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.3 | **Frederick McCoy Jr.** | **11274 E Manitou Rd. Franktown, CO 80116** | **Accu-Tech Corporation** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | **Frederick McCoy Jr.** | **11274 E Manitou Rd. Franktown, CO 80116** | **Anixter Inc.** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.5 | **Frederick McCoy Jr.** | **11274 E Manitou Rd. Franktown, CO 80116** | **Communications Supply Corporation** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **NetStructures, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $293,638.24 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $5,523,260.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $4,733,952.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **NetStructures, Inc.**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Eastgroup Properties LP**<br>**P.O. Box 676488**<br>**Dallas, TX 75267** | **Unknown** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord may have drawn down security deposit within last 90 days.  Debtor lists this out of an abundance of caution.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Frederick McCoy Jr.**<br>**11274 E Manitou Rd.**<br>**Franktown, CO 80116**<br>**President and CEO** | **8/16 ($2,400)**<br>**9/16 ($3,000)**<br>**10/16 ($6,000, $3,000, $4,000)**<br>**11/16 ($5,000, $5,493.71, $1,500, $5,000)**<br>**12/16 ($2,000, $5,000, $2,000, $2,628.20, $9,500, $9,470.93, $21,170)**<br>**1/17 ($7,000, $1,200)** | **$95,362.84** | **Expense reimbursement** |
| 4.2. **Frederick McCoy Jr.**<br>**11274 E Manitou Rd.**<br>**Franktown, CO 80116**<br>**President and CEO** | **Every two weeks, beginning 8/16 - 5/17** | **$161,805.00** | **Salary** |
| 4.3. **Susan McCoy**<br>**11274 E Manitou Rd.**<br>**Franktown, CO 80116**<br>**Employee; wife of Mr. McCoy** | **Every two weeks, beginning 8/16 - 4/17** | **$38,461.60** | **Salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **2**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **NetStructures, Inc.**                                    Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CyrusOne LLC v. NetStructures, LLC**<br>**107CL00097429-00** | **Breach of Contract** | **Loudoun County, Virginia Circuit Court**<br>**18 E Market Street**<br>**Leesburg, VA 20176** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Accu-Tech Corporation v. 3280 Wadsworth, LLC et al.**<br>**2017CV31151** | **Breach of contract; lien foreclosure; quantum meruit; breach of Colorado Trust Fund Act** | **Jefferson County District Court**<br>**100 Jefferson County Pkwy**<br>**Golden, CO 80401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Hope House of Colorado**<br>**P.O. Box 7400568**<br>**Arvada, CO 80006** | **Foursome for Joe Coors Hope House Classic** | **6/16** | **$5,000.00** |
| **Recipients relationship to debtor** | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor __NetStructures, Inc.__                              Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Kevin S. Neiman, pc<br>999 18th Street, Suite 1230 S<br>Denver, CO 80202 | Attorney and Filing Fees | 7/11/17 | $5,335.00 |
| | **Email or website address**<br>kevin@ksnpc.com | | | |
| | **Who made the payment, if not debtor?**<br>Debtor through loan by Frederick J McCoy, Jr.; money came from Mr. McCoy's account | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | M&A LLC<br>6840 North Broadway<br>Unit F<br>Denver, CO 80221 | Three vans | 4/17 | $32,958.00 |
| | **Relationship to debtor** | | | |

Debtor      NetStructures, Inc.                                          Case number *(if known)*

---

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|

---

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **NetStructures 401(k)** | EIN:  48-0518882 |

Has the plan been terminated?
■ No
☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|-----------------------------------------------------|-----------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | NetStructures, Inc. | Case number (if known) | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**9600 East Costilla Ave**<br>**Centennial, CO 80112** | **Frederick McCoy Jr. and**<br>**Susan McCoy**<br>**11274 E Manitou Rd.**<br>**Franktown, CO 80116** | **Records; inventory** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brainiax Technologies, LLC**<br>**9800 East Easter Avenue, Suite 140**<br>**Englewood, CO 80112** | **9800 East Easter Avenue,**<br>**Suite 140**<br>**Englewood, CO 80112** | **Inventory** | **Unknown** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   NetStructures, Inc. _____   Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Debi Huddy**<br>**7138 East County Line Road**<br>**Littleton, CO 80126** | **12/16-1/17** |
| 26a.2. | **Brandi Piecuch**<br>**8168 Grady Circle**<br>**Castle Rock, CO 80108** | **2003-10/16** |
| 26a.3. | **Paula Blitz**<br>**19879 E Amherst Drive**<br>**Aurora, CO 80012** | **2006-12/16** |
| 26a.4. | **Martin, Vejvoda & Associates, Inc.**<br>**3443 S. Galena Street, Suite 200**<br>**Denver, CO 80231** | **2006 or**<br>**2007-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Martin, Vejvoda & Associates, Inc.**<br>**3443 S. Galena Street, Suite 200**<br>**Denver, CO 80231** | |
| 26c.2. | **Frederick McCoy Jr.**<br>**11274 E Manitou Rd.**<br>**Franktown, CO 80116** | |

| Debtor | NetStructures, Inc. | Case number *(if known)* | |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Accu-Tech Corporation**<br>**11350 Old Roswell Rd, Suite 100**<br>**Alpharetta, GA 30009** |
| 26d.2. **Anixter Inc.**<br>**P.O. Box 847428**<br>**Dallas, TX 75284** |
| 26d.3. **Communications Supply Corporation**<br>**3462 Solution Center Drive**<br>**Chicago, IL 60677** |
| 26d.4. **Great Western Bank**<br>**220 Josephine Street**<br>**Denver, CO 80206** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frederick McCoy Jr.** | **11274 E Manitou Rd.**<br>**Franktown, CO 80116** | **President and CEO** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See SOFA 4, incorporated by reference** | | | |
| **Relationship to debtor** | | | |

Debtor    **NetStructures, Inc.**                                        Case number *(if known)*

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  9, 2017**

**/s/ Frederick J McCoy, Jr.**                          **Frederick J McCoy, Jr.**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Colorado

In re   **NetStructures, Inc.**                                   Case No.

                                              Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 9, 2017**                         **/s/ Frederick J McCoy, Jr.**

                                                **Frederick J McCoy, Jr./President and CEO**
Signer/Title

# United States Bankruptcy Court
## District of Colorado

In re   **NetStructures, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NetStructures, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  9, 2017**

Date

**/s/ Kevin S. Neiman**

**Kevin S. Neiman 36560**

Signature of Attorney or Litigant

Counsel for   **NetStructures, Inc.**

**Law Offices of Kevin S. Neiman, pc**

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
**(303) 996-8637 Fax:(877) 611-6839**
**kevin@ksnpc.com**